# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-20268
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

September 29, 2014

Lyle W. Cayce
Clerk

JOSEPH YOUNG,

Plaintiff - Appellant

v.

HARRIS COUNTY MENTAL HEALTH; HOUSTON HOUSING
AUTHORITY; HOUSTON POLICE DEPARTMENT; SCHNEE, Dr. and
Staff,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CV-1875

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM:*

The district court dismissed Young's complaint on the grounds that (1) Young failed to effect proper service of process upon the defendants within the requisite time period, despite having been given extensions of time to do so, and (2) it lacked subject matter jurisdiction because Young failed to set forth facts establishing that the court had either federal question or diversity

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-20268

jurisdiction over his lawsuit. Young's opening brief contains no cognizable issues for review and attaches irrelevant exhibits from outside the record. His reply brief likewise fails to address, in a comprehensible manner, the basis for the district court's dismissal of his complaint. Based on our review of the record, the district court did not err. We therefore AFFIRM the judgment of the district court. Young's motion for appointment of counsel is DENIED.